

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL HILL | Criminal Indictment<br><br>No. **1:24-CR-042** |

THE GRAND JURY CHARGES THAT:

### Count One
### (Hobbs Act Robbery – 18 U.S.C. § 1951(a))

On or about March 29, 2023, in the Northern District of Georgia, the defendant, MICHAEL HILL, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, by knowingly and unlawfully taking and obtaining property, including U.S. currency, from the person and presence of employees of Cash America Pawn Shop, located at 3530 Memorial Dr. Decatur, Georgia, a business then engaged in and affecting interstate commerce, against the will of those employees, by means of actual and threatened force, violence, and fear of injury to the employees, all in violation of Title 18, United States Code, Section 1951(a).

...

## Count Two
## (18 U.S.C. § 924(c))

On or about March 29, 2023, in the Northern District of Georgia, the defendant, MICHAEL HILL, did knowingly carry and use a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951(a), as alleged in Count One of this Indictment, and in doing so did brandish a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and 924(c)(1)(A)(ii).

## Count Three
## (Felon in Possession – 18 U.S.C. § 922(g)(1))

On or about March 31, 2023, in the Northern District of Georgia, the defendant, MICHAEL HILL, knowing he had previously been convicted of at least one of the following offenses:

- Burglary in the Superior Court of Cobb County, Georgia, on or about December 9, 2008;
- Aggravated Assault in the Superior Court of Cobb County, Georgia, on or about May 18, 2009;
- Burglary-Possession of Tools for the Commission of Crime in the Superior Court of Fulton County, Georgia, on or about December 5, 2011;
- Theft by Receiving Stolen Property in the Superior Court of Fulton County, Georgia, on or about October 13, 2016; and
- Possession of a Firearm by a Convicted Felon in the Superior Court of Fulton County, Georgia, on or about February 26, 2019,

each of which was a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson, model M&P 40, 40 caliber pistol, said possession being in and affecting interstate and foreign commerce;

All in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, MICHAEL HILL, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violation, including, but not limited to, a forfeiture money judgment, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant, MICHAEL HILL, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Leanne Marek*

LEANNE M. MAREK
*Assistant United States Attorney*
Georgia Bar No. 270935

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4