U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00383)

**1:24-CR-042**

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   DeKalb

DISTRICT COURT NO.

MAGISTRATE CASE NO.

X Indictment
DATE: February 5, 2024

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MICHAEL HILL

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution: Dekalb County Jail

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Leanne Marek
Defense Attorney: